UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PHILIMINGO LAMONT YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cv-00157-SEB-TAB |
| ) | |
| FURNITURE DISCOUNTERS INC., et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation [Dkt. 41] on Defendant's Motion for Sanctions [Dkt. 26.] The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Plaintiff is hereby ORDERED to reimburse Defendants $2,250 for attorney fees and supplement his responses to interrogatory nos. 3 and 13 and request for production nos. 2 and 6, all within 30 days of this order adopting the report and recommendation of the Magistrate Judge. If Plaintiff fails to reimburse Defendant $2,250 and supplement his response to discovery within thirty (30) days of the date of this order, this case shall be dismissed with prejudice.

Date: 5/6/2019

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

PHILIMINGO LAMONT YOUNG
8036 Barksdale Way
Indianapolis, IN 46216